For the error pointed out the judgment is reversed and the cause remanded.

## JOHNSON v. STATE.

No. 22799.

Court of Criminal Appeals of Texas.

March 15, 1944.

J. Shirley Cook, of Vernon, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving a motor vehicle while intoxicated, punishment assessed being a fine of $50.

No statement of facts or bills of exception are in the record. Nothing is presented for review.

The judgment is affirmed.